UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TAUNTON DEPOT L.L.C. ) | |
| ) | |
| vs. ) | Case No. 04-12102 JLT |
| ) | |
| KOHL'S DEPARTMENT STORE, INC. ) | |

**STIPULATION WITH RESPECT TO EXTENSION OF TIME FOR DEFENDANT TO FILE AN ANSWER TO THE COMPLAINT**

The parties to the above-captioned action hereby stipulate to an extension of time for the defendant, Kohl's Department Store, Inc. to file an answer or other responsive pleading to the Complaint served upon counsel for the defendant or about October 25, 2004. The parties respectfully request this court to endorse the stipulation and allow the defendants until November 30, 2004 to file such pleading.

                                    RESPECTFULLY SUBMITTED,
                                    PLAINTIFF

By its attorneys:                   /s/ Robert S. Sinsheimer
                                    Robert S. Sinsheimer, BBO # 464940
                                    Sinsheimer & Associates
                                    4 Longfellow Place, Suite 3501
                                    Boston, MA 02114
                                    (617) 722-9954

                                    DEFENDANT

By its attorney:                    /s/ Steven J. Thomas
                                    Steven J. Thomas, Esq.,
                                    Vice President of Litigation,
                                    Kohl's Department Stores, Inc.
                                    N56 W17000 Ridgewood Drive
                                    Menomonee Falls, WI 53051
Dated: October 1, 2004              (262)-703-2720