UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TAUNTON DEPOT L.L.C. ) | |
| ) | CIVIL ACTION |
| ) | 04-12102-JLT |
| vs. ) | |
| ) | |
| KOHL'S DEPARTMENT STORE, INC. ) | |

REPLY TO COUNTERCLAIM

Plaintiff replies to the counterclaim paragraph by paragraph as follows:

1. The plaintiff admits the allegations set forth in this paragraph.

2. The plaintiff admits the allegations set forth in this paragraph.

3. The plaintiff repeats and reasserts its responses to the prior paragraphs.

4. The plaintiff asserts that the allegation sets forth a conclusion of law and no response is required.

5. The plaintiff denies the allegations set forth in this paragraph.

6. The plaintiff denies the allegations set forth in this paragraph.

7. The plaintiff denies the allegations set forth in this paragraph.

8. The plaintiff denies the allegations set forth in this paragraph.

9. The plaintiff denies the allegations set forth in this paragraph.

10. The plaintiff denies the allegations set forth in this paragraph.

11. The plaintiff asserts that the allegation sets forth a conclusion of law and no response is

required. Notwithstanding, if a response is required, the allegation is generally denied.

12. The plaintiff asserts that the allegation sets forth a conclusion of law and no response is required. Notwithstanding, if a response is required, the allegation is generally denied.

13. The plaintiff denies the allegations set forth in this paragraph.

14. The plaintiff denies the allegations set forth in this paragraph.

15. The plaintiff denies the allegations set forth in this paragraph.

16. The plaintiff denies the allegations set forth in this paragraph.

17. The plaintiff denies the allegations set forth in this paragraph.

18. The plaintiff repeats and reasserts its responses to the prior paragraphs.

19. The plaintiff denies the allegations set forth in this paragraph.

20. The plaintiff admits the allegations set forth in this paragraph.

21. Plaintiff states it has no knowledge of the allegation and neither admits nor denies the same, but calls upon the defendant to prove the same if relevant and material. Notwithstanding, if a response is required, the allegation is generally denied.

22. The plaintiff denies the allegations set forth in this paragraph.

23. The plaintiff denies the allegations set forth in this paragraph.

24. The plaintiff denies the allegations set forth in this paragraph.

25. The plaintiff repeats and reasserts its responses to the prior paragraphs.

26. The plaintiff asserts that the allegation sets forth a conclusion of law and no response is required. Notwithstanding, if a response is required, the allegation is generally denied.

27. The plaintiff denies the allegations set forth in this paragraph.

28. The plaintiff denies the allegations set forth in this paragraph.

## AFFIRMATIVE DEFENSES

1. The complaint fails to state a claim upon which relief can be granted.

2. The claims are barred by the doctrine of merger; they seek to alter the terms of a written contract.

3. Recovery on the counterclaim is inconsistent with the facts alleged in plaintiff's complaint. If plaintiff prevails, the counterclaim must be dismissed as a matter of law.

WHEREFORE:

Plaintiff respectfully requests that this Honorable Court:

1. Dismiss the counterclaim with prejudice;

2. Allow plaintiff to recover costs, interests and attorneys fees;

3. Provide plaintiff any additional relief that is fair and just.

RESPECTFULLY SUBMITTED,

PLAINTIFF

By its attorneys:

Robert S. Sinsheimer, BBO # 464940
Sinsheimer & Associates
4 Longfellow Place, Suite 3501
Boston, MA 02114
(617) 722-9954

Dated: December 10, 2004

3