UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TAUNTON DEPOT, LLC.,<br>PLAINTIFF<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br>DEFENDANT | CIVIL ACTION NO:<br>04-12102JLT |

## STATEMENT OF CORPORATE DISCLOSURE
## PURSUANT TO RULE 7.3

Kohl's Corporation, a Wisconsin corporation a publicly traded company listed on the New York Stock Exchange with a symbol of KSS. Kohl's Department Stores, Inc., a Delaware Corporation, is otherwise a wholly owned subsidiary of Kohl's Corporation. Neither Kohl's Corporation or Kohl's Department Stores, Inc. has any entity owning 10 percent or more of either company.

Kohl's Department Stores, Inc.
By its attorney

_____
David S. Katz, Esq.
Katz Law Group, P.C.
BBO# 261010
112 Turnpike Road Suite 104
Westborough, MA 01581
508-836-5577

Dated: 12/7/2004

S:\Kohl's\Taunton Depot, LLC\Statement of Corporate Disclosure.doc