UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 22 P 12: 00

U.S. DISTRICT COURT
DISTRICT MASS.

| | |
|---|---|
| TAUNTON DEPOT, LLC.<br>PLAINTIFF<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br>DEFENDANT | CIVIL ACTION NO:<br>04-12102JLT |

## JOINT MOTION TO EXTEND DISCOVERY ORDER AND CONTINUE SCHEDULING CONFERENCE

Now come counsel for the parties in the above-captioned action and move this Court to extend this Court's discovery order and scheduling conference and all other deadlines respectively, from March 1 2005 until April 15, 2005. In support of the same, attached is the Affidavit of David S. Katz.

Taunton Depot, LLC.
By its attorney,

_____
Robert S. Sinsheimer, Esq.
Sinsheimer & Associates
BBO# 464940
4 Longfellow Place, Suite 2501
Boston, MA 02114
(617) 722-9954

Kohl's Department Stores, Inc.
By its attorney,

_____
David S. Katz, Esq.
Katz Law Group, P.C.
BBO# 261010
112 Turnpike Road Suite 104
Westborough, MA 01581
508-836-5577

Dated: