UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TAUNTON DEPOT, LLC., )<br>PLAINTIFF )<br>)<br>v. )<br>)<br>KOHL'S DEPARTMENT STORES, INC., )<br>DEFENDANT ) | CIVIL ACTION NO.<br>04-12102JLT |

## CERTIFICATE OF SERVICE

    I, David S. Katz, counsel for the Defendant, Kohl's Department Stores, Inc. hereby certify that on this 18th day of February, 2005, I sent a copy of the foregoing Joint Motion to Extend Discovery Order and Continue Scheduling Conference and Affidavit of David S. Katz in support of the same via facsimile and first class mail, postage pre-paid to Robert S. Sinsheimer, Esq., Sinsheimer and Associates, 4 Longfellow Place, Suite 3501, Boston, MA 02114.

                                                                         Kohl's Department Stores, Inc.
                                                                         By its attorney

                                                                         David S. Katz, Esq.
                                                                        Katz Law Group, P.C.
                                                                         BBO# 261010
                                                                         112 Turnpike Road Suite 104
                                                                         Westborough, MA 01581
                                                                         508-836-5577

Dated: February 18, 2005