UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TAUNTON DEPOT, LLC.    )<br>    PLAINTIFF    )<br>    )<br>v.    )<br>    )<br>KOHL'S DEPARTMENT STORES, INC.,  )<br>    DEFENDANT    ) | CIVIL ACTION NO:<br>04-12102JLT |

## AFFIDAVIT OF DAVID S. KATZ IN SUPPORT OF JOINT MOTION TO EXTEND DISCOVERY ORDER AND CONTINUE SCHEDULING CONFERENCE

I, David S. Katz, hereby depose and state as follows:

1. I am presently serving as legal counsel to the Defendant, Kohl's Department Stores, Inc. ("Kohl's").

2. The parties in the instant action have been involved with on-going settlement negotiations.

3. The parties are reasonably close to reaching a settlement in this case and have been in active negotiations for the past week.

4. The parties have agreed that, in the event that final settlement is not reached within the next two weeks, the parties will submit this case to either JAMS or The American Arbitration Association for non-binding mediation to resolve all remaining issues and damages.

5. Robert Sinsheimer, Esquire has agreed that the parties require additional time to attempt to settle this case and in the alternative, schedule mediation.

SIGNED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY
THIS _____ DAY OF FEBRUARY, 2005.

David S. Katz