

# Katz Law Group, P.C.

Katz Law Group, P.C.  
Westborough Executive Park  
112 Turnpike Road, Suite 104  
Westborough, MA 01581-2859  

Telephone: 508.836.5577  
Toll Free: 866.307.5577  
Telefax: 508.836.5570  
Email: dskatz@katzlawgroup.com  
Website Address: katzlawgroup.com  

*FILED CLERKS OFFICE*  
*2005 FEB 28 P 2:28*  
*U.S. DISTRICT COURT*  
*DISTRICT OF MASS*

## MEMORANDUM

February 25, 2005

**VIA FIRST CLASS MAIL**

United States District Court  
Attn: Civil Clerk's Office  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way  
Boston, MA 02210

Re:   **Taunton Depot, LLC v. Kohl's Department Stores, Inc.,**  
         **Civil Action No: 04-12102 JLT**

Dear Sir/Madam:

   Counsel for the parties in the above referenced action filed a Joint Motion seeking a continuance of the discovery order and sought a continuance of the scheduling conference. This office was notified by the Court yesterday that the scheduling conference has been re-scheduled from March 1, 2005 until April 19, 2005. Please be advised that counsel for the Defendant will be on vacation, which has been paid for in full without a refund possible, for the week of April 18-23, 2005. Therefore, I request, with permission from counsel for the Plaintiff, that the scheduling conference be marked up for anytime during the previous week of April 11-15, 2005.

   Thank you and I appreciate your assistance.

                                                                                    Very truly yours,

                                                                                    Tina Sutherland  
                                                                                    Paralegal to David S. Katz, Esq.

cc:   David S. Katz  
         Steve Thomas  
         Robert Sinsheimer via fax (617) 973-1562