UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TAUNTON DEPOT, LLC ) | |
|     Plaintiff ) | Civil Action No. 04-12102-JLT |
| ) | |
| vs. ) | |
| ) | |
| KOHL'S DEPARTMENT STORE, INC. ) | |
|     Defendant ) | |

### JOINT LOCAL RULE 16.1 STATEMENT

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above-named parties have conferred and state as follows:

**I.   Joint Discovery Plan and Pretrial Schedule**

The parties propose the following pre-trial schedule:

    A.   <u>Automatic Discovery Disclosures</u>

        The parties shall complete their obligations under Rule 26(a)(1) no later than May 30, 2005.

    2.   <u>Initial Written Discovery Requests</u>

        Initial written discovery requests (pursuant to Rules 33 and 34) are to be served by July 30, 2005 and answers and responses are to be served within the time provided by the Rules.

    3.   <u>Depositions</u>

        All fact depositions (except for expert witnesses) are to be completed by

October 31, 2005.

4. <u>Bifurcated Discovery</u>

The parties state that there is no need to bifurcate discovery.

5. <u>Expert Witnesses</u>

The plaintiff's expert witness(es) shall be designated by December 1, 2005. The defendant's expert witness(es) shall be designated within 30 days after plaintiff discloses experts. Designation of experts shall include provision of any information required by the Federal Rules of Civil Procedure and/or the Local Rules of the District of Massachusetts. Expert depositions shall be completed within 30 days of designation.

II. **Motions**

A. All amendments under Rule15 to be filed by August 1, 2005.

B. All discovery-related motions to be filed on an as-needed basis.

B. All dispositive motions, including motions for summary judgment, to be filed by December 31, 2005, and responses are to be filed thirty days thereafter pursuant to Local Rule 7.1;

C. A status conference shall be held in January 2006 to determine a date necessary for a hearing on dispositive motions and to schedule a final pre-trial conference date.

III **Settlement Proposals**

On or about February 15, 2005, defendant made an offer to settle the matter for the amount of $50,000.00. In response, plaintiff made a demand for settlement in the

2

amount of $100,000.00. Defendant declined that amount and made a counter-offer of $70,000.00. The parties are amenable to an assignment to a mediation program to expedite settlement.

**IV**  **Trial by Magistrate Judge**

The parties reserve the right to consent to trial by Magistrate Judge.

**V.**  **Certification of Counsel**

Certifications of plaintiff and defendant and their counsel regarding budgets and alternative dispute resolution will be filed separately.

By her attorneys,

RESPECTFULLY SUBMITTED,
PLAINTIFF

Robert S. Sinsheimer, Esq., BBO # 464940
Susan E. Sivacek, Esq., BBO # 644771
Denner • O'Malley, LLP
Four Longfellow Place, Suite 3501
Boston, MA 02114-9505
(617) 722-9954

By their attorneys:

DEFENDANTS

David Katz by SES

David Katz, Esq., BBO #261010
Katz Law Group, P.C.
Westborough Executive Park
112 Turnpike Road, Suite 104
Westborough, MA 01581-2859

April 7, 2005