UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TAUNTON DEPOT, LLC,   \*
                      \*
    Plaintiff,        \*
                      \*
                      \*
v.                    \*   Civil Action No. 04-12102-JLT
                      \*
                      \*
KOHL'S DEPARTMENT     \*
STORE, INC.,          \*
                      \*
    Defendant.        \*

ORDER

April 13, 2005

TAURO, J.

After the Further Conference held on April 13, 2005, this court hereby orders that:

1. The Parties may begin to take depositions;

2. No additional discovery will be permitted without leave of this court;

3. All discovery shall be completed by July 15, 2005; and

4. Trial will commence on July 25, 2005 at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge