# DENNER ♦ O'MALLEY, LLP
## COUNSELLORS AT LAW

FOUR LONGFELLOW PLACE, 35TH FLOOR, BOSTON, MA 02114
TELEPHONE: (617) 227-2800
TELEFAX: (617) 973-1562

FILED
CLERKS OFFICE

2005 APR 28  A 11: 25

U.S. DISTRICT COURT
DISTRICT OF MASS

April 27, 2005

Civil Clerk's Office
United States District Court
For the District of Massachusetts
One Courthouse Way
Boston, MA 02110

      RE:    <u>Taunton Depot L.L.C. v. Kohl's Department Store, Inc.</u>
              Case No.: 04-12102 JLT

Dear Sir/Madam:

    Please be advised that the above-captioned case has been settled.

    Thank you for your attention to this matter. Please do not hesitate to contact our office with any questions or concerns you may have.

                                          Very truly yours,

                                          Maria Georgakopoulos
                                          Legal Assistant

Enclosures
cc:    David S. Katz, Esq.
       Taunton Depot L.L.C.

H:\sinsheimer\MyFiles\RANDO, JOE\Letter to USDC.042705.wpd