**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

  Taunton Depot, LLC
        Plaintiff

                                              CIVIL ACTION
        V.
                                              NO.  04-cv-12102 JLT

  Kohl's Dept. Store, Inc
        Defendant

### SETTLEMENT ORDER OF DISMISSAL

  Tauro, D. J.

        The Court having been advised on   April 28, 2005   that the above-entitled action

has been settled;

        IT IS ORDERED that this action is hereby DISMISSED.

                                              By the Court,

 May 16, 2005                                  /s/ Zita A. Lovett
        Date                                  Deputy Clerk

(Dismissal Settlement.wpd - 12/98)