UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TAUNTON DEPOT, LLC., )<br>PLAINTIFF )<br>)<br>)<br>v. )<br>)<br>)<br>KOHL'S DEPARTMENT STORES, INC., )<br>DEFENDANT ) | CIVIL ACTION NO:<br>04-12102 JLT |

### STIPULATION OF DISMISSAL

Now comes counsel for the parties in the above-captioned action and moves this Court to dismiss the instant action pursuant to Fed.R.Civ.P. 41(a)(ii) with prejudice and without costs to either party.

TAUNTON DEPOT, LLC.
By its attorney,

_____
Robert S. Sinsheimer, Esq.
Denner and O'Malley, LLP.
BBO# 464940
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 722-9954

Dated: 5/31/05

KOHL'S DEPARTMENT STORES,
By its attorney,

_____
David S. Katz, Esq.
Katz Law Group, P.C.
BBO# 261010
112 Turnpike Road, Suite 104
Westborough, MA 01581
(508) 836-5577

Dated: 5/26/2005

S:\Kohl's\Taunton Depot, LLC\Stipulation of Dismissal with Prejudice - 5-26-05.doc